

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00055-CV**

**IN RE LOWELL QUINCY GREEN**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

It is difficult to determine the nature of this pleading and the proper classification of the relief, including whether this filing is civil or criminal and whether it is a suit, appeal, or original proceeding. We have carefully reviewed the document and classified it as best as we can, recognizing that others may characterize it differently. And after review, we deny relator's pro se petition for writ of mandamus.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition denied
Opinion delivered and filed February 27, 2019
[OT06]

